Argued and submitted October 9, appeal dismissed as moot November 4, 1998

JAMES THOMAS FURGERSON,
*Appellant,*

*v.*

G. H. BALDWIN,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent.*

(CV960705; CA A96854)

966 P2d 830

Harrison Latto argued the cause and filed the brief for appellant.

Judy C. Lucas, Assistant Attorney General, argued the cause and filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Appeal dismissed as moot. *Jones v. Thompson,* 156 Or App 226, 968 P2d 380 (1998).